United States District Court
Southern District of Texas
**ENTERED**
April 10, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff-Respondent, | § § § | |
| V. | § § | CIVIL ACTION NO. H-15-0290 |
| FRANCISCO MORALES, | § § § | CRIMINAL ACTION NO. H-11-783 |
| Defendant-Movant. | § | |

### ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending is Movant/Defendant Francisco Morales's § 2255 Motion to Vacate, set Aside or Correct Sentence (Document No. 245). The Court has received from the Magistrate Judge a Memorandum and Recommendation recommending that § 2255 Movant Morales be afforded an evidentiary hearing on his claim that counsel was ineffective for failing to move for and secure dismissal of the charges based on a pre-indictment proffer agreement. No objections have been filed to the Memorandum and Recommendation.

The Court, after having conducted a *de novo* review of the claims and the evidence currently in the record, is of the opinion that the findings and recommendations of the Magistrate Judge are correct and should be and hereby are accepted by the Court. Accordingly, it is

ORDERED, for the reasons set forth in the Memorandum and Recommendation of the Magistrate Judge signed on February 14, 2017, and entered on February 15, 2017, that § 2255 Movant Francisco Morales shall be afforded an evidentiary hearing on his claim that

counsel was ineffective for failing to move for and secure dismissal of the charges based on a pre-indictment proffer agreement. It is further

ORDERED that the case is REFERRED to the Magistrate Judge to appoint counsel for Movant, schedule and conduct an evidentiary hearing, and make recommendations as to the merits of Morales's claims.

The Clerk will enter this Order and send copies to all parties of record.

Signed at Houston, Texas this 7TH day of April, 2017.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE